# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**FLOYD L. MISHOE,**

    **Petitioner,**

**v.**                                           **Case No. 1:23-cv-241-AW-MAF**

**DEPARTMENT OF CORRECTIONS,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Floyd Mishoe seeks § 2254 relief. The magistrate judge recommends transfer, noting that Mishoe's conviction and place of incarceration are outside this District. ECF No. 3. There has been no objection to the report and recommendation.

The court now adopts the report and recommendation and incorporates it into this order. The clerk will transfer this case to the United States District Court for the Middle District of Florida. The clerk will then close the file.

SO ORDERED on October 30, 2023.

                                            s/ *Allen Winsor*
                                            United States District Judge